**Order entered August 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01581-CV

## IN THE INTEREST OF M.S.C. AND F.L.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 02-18056**

## ORDER

We **GRANT** appellant's August 9, 2015 second unopposed motion for extension of time

to file reply brief and **ORDER** the brief be filed no later than September 11, 2015.

/s/    CRAIG STODDART
JUSTICE